| Date | Pleading Number | |
|------|------|------|
| 4/13/72 | 1 | AIR CANADA (Defendant) motion to transfer action pending in N. D. Ill to the C. D. California with actions pending there. Accompanying Brief and Affidavit. |
| 4/20/72 | 2 | AIR CANADA (Defendant Illinois action 71 C 1719) Response to motion |
| 4/24/72 | | AIR CANADA (movant) certificate of service |
| 5/1/72 | 3 | HARRY SMITH Brief in Opposition to motion to transfer XXXXXXXXXXXXXXX |
| 5/2/72 | 4 | LAWRENCE J. GALARDI  brief in support of transfer. |
| 5/3/72 | | HEARING ORDER - A-1 through A-37 set for hearing June 2, 1972 Denver Colorado.  Notified counsel, involved judges. |
| 5/8/72 | 5 | AIR CANADA - amendment to motion to include all actions. w/cert of service. |
| 5/11/72 | 6 | MCDONNELL DOUGLAS CORP. response to motion w/cert. of service |
| 7/25/72 | | Consent, Chief judge of the Central District of California to assignment of litigation to Hon. Peirson M. Hall |
| 7/25/72 | | OPINION AND ORDER - ordering transfer , sent to all interested judges, counsel, publishers and clerks.  A-1 -- A-37. |
| 12/10/73 | 7 | HARRY SMITH, V. MCDONNELL DOUGLAS, ET AL., N.D. CALIF., 72-1821 Letter from Transferee Court dated 11/30/73 suggesting remand of action to N.D. Ill (71 -C-1719) Conditional Remand Order entered today.  Notified counsel, involved judges. |
| 12/27/73 | | HARRY SMAITH V. MCDONNELL DOUGLAS, ET ALLN.D. CALIF., 72-1821 Conditional Remand Order effective today.  Notified transferee court and transferor court |

DOCKET NO. __103__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*Closed* *12/13/77*

================================================================

Description of Litigation

IN RE AIR CRASH DISASTER AT TORONTO INTERNATIONAL AIRPORT ON
JULY 5, 1970

================================================================

Summary of Panel Action

Date(s) of Hearing(s) _____

Date(s) of Opinion(s) or Order(s) _____ **346** **F.Supp. 533** 

Consolidation Ordered ✓        Name of Transferee Judge _____

Consolidation Denied ___       Transferee District _____ (973)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | *BRRY* Henry Smith, etc. v. McDonnell Douglas Corp., et al. *Remanded 12/27/73* | N.D.Ill. 71-C-1719 | | 1/25/72 | | *Remanded* 12/27/73 | |
| A-2 | Scott Herrmann, etc. v. Air Canada, Inc., et al. | C.D.Cal. Hall | 70-1635-PH | | | *dismissed 1/13/73* | |
| A-3 | John Bradley Witmer, etc. v. Air Canada, Inc., et al. | C.D.Cal. Hall | 70-2442-PH | | | *dismissed 6/4/73* | |
| A-4 | Joseph Vincent McKettrick, etc. v. Air Canada, et al. | C.D.Cal. Hall | 70-2904-PH | | | *dismissed 5/3/73* | |
| A-5 | Bruce Sultan v. Air Canada, Inc., et al. | C.D.Cal. Hall | 71-948-PH | | | *dism w/prej - 2/20/73* | |
| A-6 | Nancy C. Moore, etc. v. Air Canada et al. | C.D.Cal. Hall | 71-1097-PH | | | *state ct* | |
| A-7 | Arthur J. Tielenes v. Air Canada, et al. | C.D.Cal. Hall | 71-1106-PH | | | *dismissed w/prej. 2/6/73* | |
| A-8 | Gordon W. Houston, et al. v. Air Canada, Inc., et al. | C.D.Cal. Hall | 71-1179-PH | | | *dismissed 1/19/73* | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-9 | Mark Simone, etc. v. Air Canada Inc., et al. *(remanded prior to transfer)* | C.D.Cal. Hall | 71-1486-PH | | | *(illegible)* | 7/26/?? |
| A-10 | Joseph S. Simone v. Air Canada, Inc., et al. | C.D.Cal. Hall | 71-1494-PH | | | dism w/prej - 2/16/73 | |
| A-11 | Katherine Aanestad, etc. v. Air Canada, Inc., et al. | C.D.Cal. Hall | 71-1537-PH | | | dism w/prej - 12/31/72 | |
| A-12 | Carman Mable Hamilton, etc. v. McDonnell Douglas Corp. | C.D.Cal. Hall | 71-1544-PH | | | 6/19/73 | |
| A-13 | Jennette Rowland, etc. v. McDonnell Douglas Corp. | C.D.Cal. Hall | 71-1545-PH | | | dism 6/19/73 | |
| A-14 | Air Canada, Inc. v. McDonnell Douglas Corp. | C.D.Cal. Hall | 71-1560-PH | | | 3/25/73 | |
| A-15 | Georgina A. Woodard, etc. v. McDonnell Douglas Corp. | C.D.Cal. Hall | 71-1561-PH | | | 6/19/73 | |
| A-16 | Susan Jane Hill, etc. v. McDonnell Douglas Corp. | C.D.Cal. Hall | 71-1562-PH | | | dism 6/19/73 | |
| A-17 | Helen Bailey, etc. v. Air Canada | C.D.Cal. Hall | 71-1947-PH | | | dism w/prej - 1/19/73 | |
| A-18 | Irene Giannoulis, et al. v. Air Canada, et al. | C.D.Cal. Hall | 71-1972-PH | | | dism w/prej - 3/22/73 | |
| A-19 | McDonnell Douglas Corp. v. Air Canada, Inc. | C.D.Ca. Hall | 71-2161-PH | | | 3/25/74 | |

DOCKET NO. 103 (CONTINUED)                          PAGE 3

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-20 | Katherine Aanestad, etc. v. Air Canada, Inc., et al. | C.D.Cal. Hall | 71-2219-PH | | | dism w/p. 12/31/72 | |
| A-21 | Katherine Aanestad, etc. v. Air Canada, Inc., et al. | C.D.Cal. Hall | 71-2220-PH | | | dism w/p. - 12/31/72 | |
| A-22 | Katherine Aanestad, etc. v. Air Canada, Inc., et al. | C.D.Cal. Hall | 71-2221-PH | | | | |
| A-23 | Katherine Aanestad, etc. v. Air Canada, Inc., et al. | C.D.Cal. Hall | 71-2222-PH | | | | |
| A-24 | Katherine Aanestad, etc. v. Air Canada, Inc., et al. | C.D.Cal. Hall | 71-2223-PH | | | 9/5/77 | |
| A-25 | Katherine Aanestad, etc. v. Air Canada, Inc., et al. | C.D.Cal. Hall | 71-2224-PH | | | 6/18/74 | |
| A-26 | Katherine Aanestad, etc. v. Air Canada, Inc., et al. | C.D.Cal. Hall | 71-2225-PH | | | 10/5/77 | |
| A-27 | Katherine Aanestad, etc. v. Air Canada, Inc., et al. | C.D.Cal. Hall | 71-2226-PH | | | 10/13/77 | |
| A-28 | Katherine Aanestad, etc. v. Air Canada, Inc., et al. | C.D.Cal. Hall | 71-2227-PH | | | Reopened 10/19/77 | |
| A-29 | Katherine Aanestad, etc. v. Air Canada, Inc., et al. | C.D.Cal. Hall | 71-2228-PH | | | | |
| A-30 | Katherine Aanestad, etc. v. McDonnell Douglas Corp. | C.D.Cal. Hall | 71-2229-PH | | | dismissed 4/16/73 | |

DOCKET NO. ~~103~~ (CONTINUED)                                        PAGE ___4___

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-31 | Katherine Aanestad, etc. v. Air Canada, Inc., et al. | C.D.Cal. Hall | 71-2230-PH | | | dismissed 1/19/73 | |
| A-32 | Katherine Aanestad, etc. v. Air Canada, Inc., et al. | C.D.Cal. Hall | 71-2231-PH | | | dismissed 1/19/73 | |
| A-33 | Katherine Aanestad, etc. v. Air Canada, et al. | C.D.Cal. Hall | 71-2232-PH | | | dismissed 1/19/73 | |
| A-34 | Katherine Aanestad, etc. v. Air Canada, Inc., et al. | C.D.Cal. Hall | 71-2233-PH | | | dismissed 1/19/73 | |
| A-35 | Katherine Aanestad, etc. v. Air Canada, Inc., et al. | C.D.Cal. Hall | 71-2234-PH | | | 6/18/73 | |
| A-36 | Katherine Aanestad, etc. v. Air Canada, Inc., et al. | C.D.Cal. Hall | 71-2235-PH | | | 6/18/74 | |
| A-37 | Katherine Aanestad, etc. v. Air Canada, Inc., et al. | C.D.Cal. Hall | 71-2242-PH | | | dism w/ prej -3/13/73 | |

Verified Correct by
Transferee Clerk
May. 11/75

Transfer
XX2 cases   36

dismissed  3 9
pending    3 5
           4

July 1977    dis  35
             Rem   1
                   36

             Pag.   1

July 1979
Closed

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

IN RE AIR CRASH DISASTER AT TORONTO INTERNATIONAL AIRPORT ON
JULY 5, 1970

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| A-1 | James E. Dooley, Esquire<br>111 W. Washington Street<br>Chicago, Illinois  60602 | AIR CANADA<br>Lord, Bissell & Brook<br>135 S. LaSalle Street<br>Chicago, Illinois  60603<br><br>McDONNELL DOUGLAS CORP.<br>Peterson, Lowry, Rall, Barber & Ross<br>135 So. LaSalle Street<br>Chicago, Illinois  60603 |
| A-2<br>A-3<br>(*)<br>See below | Daniel C. Cathcart, Esquire<br>Lawrence J. Galardi, Esquire<br>Magana & Cathcart<br>1800 Avenue of the Stars, Suite 830<br>Los Angeles, California  90067 | AIR CANADA<br>James J. McCarthy, Esquire<br>Lawrence O. DeCoster, Esquire<br>Chase, Rothford, Drukker & Bogust<br>606 Olive Street<br>Los Angeles, California  90014 |
| A-4 | (**) See Below<br>Jones & Waldon and Charles Walters<br>12749 Norwalk Blvd., Suite 100<br>Norwalk, California  90650 | McDONNELL DOUGLAS CORP.<br>David Bernard, Esquire<br>Belcher, Henzie & Biegenzahn<br>510 S. Spring Street<br>Los Angeles, California  90013 |
| A-5 | Same as A-2 above (Cathcart) | |
| A-6 | Michael Dan, Esquire<br>Butler, Jefferson & Fry<br>626 Wilshire Blvd., Suite 914<br>Los Angeles, California  90017 | ARGONAUT INSURANCE CO. (INTERVENOR-A-2)<br>Robert E. Brimberry, esquire<br>James D. Vogt, Esquire<br>900 Wilshire Blvd., # 800<br>Los Angeles, California  90017 |
| A-7 | Irving H. Green, Esquire<br>Green, Seuthe & Royce<br>6505 Wilshire Boulevard<br>Los Angeles, California  90048 | |
| A-8 | James A. Dumas, Esquire<br>LeMaire, Mohi, Morales & Dumas<br>1607 Palo Alto Street<br>Los Angeles, California 90026 | |
| A-4<br>(**) | Belli Offices<br>Samuel Schekmer, Esquire<br>722 Montgomery Street<br>San Francisco, Calif.  94111 | |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-9 | Norman D. Rose, Esquire<br>Lawrence B. Haile, Esquire<br>Rose & Ehrmann<br>~~6505 Wilshire Blvd~~ *Suite L-300, 5900 Wilshire Blvd.*<br>Los Angeles, California  90048 | |
| A-10 | Ronald S. Katz, Esquire<br>Sklar, Kornblum & Coben, Inc.<br>6399 Wilshire Blvd.<br>Los Angeles, California  90048 | |
| A-11 | Same as A-2 (Cathcart) | |
| A-12 | Charles A. Lynberg, Esquire<br>Lynberg & McHale<br>626 Wilshire Blvd., Suite 530<br>Los Angeles, California  90017 | |
| A-13 | John S. Bolton, Esquire<br>Ralph Hemer, Esquire<br>Bolton & Hemer<br>900 Wilshire Blvd.<br>Los Angeles, California  90017 | |
| A-14<br>A-15<br>A-16 | Same as defendant above (Chase, Rothford, etc.) | |
| A-17 | ~~Arnold M. Gold, Esquire~~<br>~~9777 Wilshire Blvd. Suite 908~~<br>~~Beverly Hills, California  90210~~ | |
| A-18 | John N. Politis, Esquire<br>Politis & Bua<br>Suite 1810, First National Bank Bldg.<br>530 "B" Street<br>San Diego, California | |
| A-19 | Same as defendant above (Belcher, Henzig, etc.) | |
| A-20 thru A-37 | Same as A-2 (Cathcart) | |
| (*)A-2 | Also Duryea, Carpenter & Barnes<br>4525 MacArthur Blvd.<br>Newport, Beach, Caif. 92660 | |
| (*) A-3 | LIEN CLAIMANT: ATTORNEYS FEES<br>Lawrence R. Booth, Esquire<br>Silver & McWilliams<br>1121 North Avalon Blvd.<br>Wilmington, California 90744 | |

p. _____

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

DOCKET NO. __103__ -- Toronto Air Crash Disaster

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| McDonnell Douglas Corp. | A-1 thru A-16; A-18; A-20 thru A-37 |
| Air Canada, Inc. | A-1 thru A-12; A-17; A-18 thru A-37 |
| Douglas Aircraft Corp. | A-7 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |